Oscar Meirowitz and Sabina Weber, Composing the Firm of Meirowitz & Weber, Respondents, v. Home Insurance Company of New York, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.

Helen S. Gwynne and Franklin Steele as Administrators with the Will Annexed of Louise Gwynne, Deceased, Respondents, v. James M. Leopold and Alfred M. Leopold as Copartners doing Business Under the Firm Name of James M. Leopold & Company, Appellants. — Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Order filed.

The New York Life Insurance and Trust Company, as Executor of and Trustee of the Trusts Created by the Last Will and Testament of Richard Augustine Smith, Deceased, Respondent, v. Letitia S. Sands and Others, Appellants, Impleaded with Francis M. Applegate, as Trustee in Bankruptcy of John Campbell Smith, Appellant, Respondent, and Augustine Jacquelin Smith, Respondent. — Judgment affirmed, without costs. No opinion. Order filed.

Michael H. McDermott, an Infant, by William McDermott, His Guardian ad Litem, Appellant, v. Interurban Street Railway Company, Respondent. — Judgment affirmed, with costs. No opinion. Order filed.

The People of the State of New York ex rel. Jacob V. Corlies, Relator, v. John McGaw Woodbury, as Commissioner of Street Cleaning of the City of New York, Respondent. — Proceedings affirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. Daniel C. Moynihan, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Respondent. — Proceedings affirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Order filed.

William Crawford, Respondent, v. Peter J. Ryan, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed. (Houghton, J., dissenting.)

Jacob Schenkel, Appellant, v. Solomon Cooper, Respondent. — Judgment affirmed, with costs. No opinion. Order filed.

John Reilly, Respondent, v. Interurban Street Railway Company, Appellant. Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000; in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Neil R. Howard and Lipman P. Lyons, Respondents, v. Henry Corn, Appellant. —Judgment and order affirmed, with costs. No opinion. Order filed. .

Henry M. Rau, Respondent, v. M. Straus & Sons, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.

William G. Eckstein, Appellant, v. Elizabeth O'Meara and Others, Respondents. — Judgment affirmed, with costs. No opinion. Order filed.

Mary A. Lawrence, Respondent, v. New York Transportation Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.

Samuel Schainfeld, Respondent, v. Dry Dock, East Broadway and Battery Railroad Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.

Mamie Elizabeth Davenport, Respondent, v. Interurban Street Railway Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.